### BEACHAM *v.* KENNEDY.

FISH, C. J.   1. The extract from the charge upon which error is assigned was substantially correct in regard to the matters therein dealt with, and is not erroneous by reason of the fact that other and distinct propositions relating to the same subject were not embraced.

2. The evidence, though conflicting, was sufficient to authorize the verdict, and no sufficient reason appears for reversing the judgment.

*Judgment affirmed. All the Justices concur.*

Submitted February 23, — Decided March 24, 1906.

Action for money had and received.   Before Judge Burch.   City court of Dublin.   April 27, 1905.

*P. L. Wade,* for plaintiff in error.   *Williams & Baldwin,* contra.

---

### MILLER *v.* THIGPEN.

BECK, J.   The only ground of the motion for new trial, besides the general grounds, being the alleged discovery of new and material evidence, which was impeaching in its nature, and the verdict being amply supported by the evidence, the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted February 23, — Decided March 24, 1906.

Action on contract.   Before Judge Burch.   City court of Dublin.   April 20, 1905.

*Howard & Baker,* for plaintiff in error.